| | |
|---|---|
| DENNIS HALL; MICHELLE HALL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | No.  1:16-cv-00684-DAD-JLT<br><br><br>ORDER RELATING AND REASSIGNING CASES |
| DARLENE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | No.  1:16-cv-00730-DAD-JLT |
| LARRY POWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | No.  2:16-cv-02781-DAD-JLT |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1

| | |
|---|---|
| ROBERT HEFFINGTON,<br><br>        Plaintiff,<br><br>  v.<br><br>FCA US, LLC,<br><br>        Defendant. | No. 2:17-cv-00317-DAD-JLT |
| TIMOTHY DURHAM,<br><br>        Plaintiff,<br><br>  v.<br><br>FCA US, LLC,<br><br>       Defendant. | No. 2:17-cv-00596-DAD-JLT |
| LARRY CELESTINE,<br><br>        Plaintiff,<br><br>  v.<br><br>FCA US, LLC,<br><br>       Defendant. | No. 2:17-cv-00597-DAD-JLT |
| EDITH SALINAS,<br><br>        Plaintiff,<br><br>  v.<br><br>FCA US, LLC,<br><br>       Defendant. | No. 1:17-cv-00419-DAD-JLT |

| | |
|---|---|
| JULIAN III FLORES; ALEJANDRA FLORES,<br><br>            Plaintiff,<br><br>     v.<br><br>FCA US, LLC,<br><br>            Defendant. | No.  1:17-cv-00427-DAD-JLT |
| CARLA SEKULA,<br><br>            Plaintiff,<br><br>     v.<br><br>FCA US, LLC; TULARE SAG, INC. d/b/a LAMPE CHRYSLER DODGE JEEP RAM,<br><br>            Defendants. | No.  1:17-cv-00460-DAD-JLT |
| MARIA RUEDA a/k/a MADELALUZ DERUEDA; EDUARDO GUEVERA<br><br>            Plaintiffs,<br><br>     v.<br><br>FCA US, LLC,<br><br>            Defendant. | No.  1:17-cv-00968-LJO-JLT |

On July 20, 2017, counsel for defendant FCA US LLC removed from the Kern County Superior Court the above-referenced action entitled *Maria Rueda et al. v. FCA US, LLC*, Case No. 1:17-cv-00968-LJO-JLT.  The court's review of the records reveals that it is related under this court's Local Rule 123 to the following action pending before the undersigned: (1) *Dennis Hall et al*. *v. FCA US, LLC*, Case No. 1:16-cv-00684-DAD-JLT; (2) *Darlene Garcia v. FCA US, LLC*, Case No. 1:16-cv-00730-DAD-JLT; (3) *Larry Powell v. FCA US, LLC*, Case No. 2:16-cv-02781-DAD-JLT; (4) *Robert Heffington v. FCA US, LLC*, Case No. 2:17-cv-00317-DAD-JLT;

(5) *Timothy Durham v. FCA US, LLC*, Case No. 2:17-cv-00596-DAD-JLT; (6) *Larry Celestine v. FCA US, LLC*, Case No. 2:17-cv-00597-DAD-JLT; (7) *Edith Salinas v. FCA US, LLC*, Case No. 1:17-cv-00419-DAD-JLT; (8) *Julian (III) Flores et al. v. FCA US, LCC*, Case No. 1:17-cv-00427-DAD-JLT; and (9) *Carla Sekula v. FCA US, LLC, et al.*, Case No. 1:17-cv-00460-DAD-JLT.  These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law.  In addition, the currently assigned district and magistrate judges in the *Rueda* action have not engaged in the matter in any substantial way.  Accordingly, assignment of the action to the undersigned and to Magistrate Judge Jennifer L. Thurston will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing, the court orders that the *Rueda* action is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Jennifer L. Thurston.

Accordingly, documents filed in the above-referenced action shall bear the following new case number:

**1:17-cv-00968-DAD-JLT**

IT IS SO ORDERED.

Dated:   **July 21, 2017**

UNITED STATES DISTRICT JUDGE

4