# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUEDA, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FCA US LLC,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00968-DAD-JLT<br><br>**[PROPOSED] ORDER RE: DEFENDANT FCA US LLC'S REQUEST THAT CLIENT REPRESENTATIVE BE ALLOWED TO ATTEND MANDATORY SETTLEMENT CONFERENCE BY TELEPHONE**<br><br>(Doc. 15) |

The defendant's request to allow its representative to appear by telephone is **GRANTED**. The representative SHALL be available by telephone throughout the conference unless excused by the Court.

IT IS SO ORDERED.

　Dated:　**March 6, 2018**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE