UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUEDA aka MANDELALUZ M. DERUEDA and EDUARDO R. GUEVARA,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | No. 1:17-cv-00968-DAD-JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER |

On January 7, 2019, the court conducted a final pretrial conference in this case. On January 8, 2019, the court issued its tentative pretrial order. (Doc. No. 28.) In that order—as in all tentative pretrial orders issued by the undersigned in civil cases—the parties were granted fourteen days from the date of the order to file objections. (*Id.* at 15.) Because no objections have been filed, and because the time in which to do so has now passed, that tentative pretrial order has now become final. (*See id.*)

However, the court's pretrial order specifically instructed the parties to file objections in two respects. First, it directed the parties to identify by name all persons most knowledgeable, persons most qualified, and corporate representatives that the parties sought to put forward as witnesses at trial. (*Id.* at 11.) Second, the parties were directed to provide the parties with an
/////

1

agreed-upon neutral statement of the case to read to the prospective jurors. (*Id.* at 14.) The parties have manifestly failed to comply with both directives.[1]

Accordingly, the parties are hereby ordered to show cause in writing within seven days from the date of service of this order why sanctions should not be imposed due to their failure to follow the court's order issued on January 8, 2019. The parties may discharge this order to show cause by complying with these two directives within the seven-day period provided for response.

IT IS SO ORDERED.

Dated: **January 29, 2019**

UNITED STATES DISTRICT JUDGE

---

[1] This is important because, as the pretrial order makes clear, the court does not allow witnesses not listed in the pretrial order to be called at trial unless they satisfy the stringent conditions outlined therein. (*See id.* at 11–12.)

2