UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUEDA aka MANDELALUZ M. DERUEDA and EDUARDO R. GUEVARA,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | No. 1:17-cv-00968-DAD-JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 29) |

On January 29, 2019, the court noted that the parties had failed to respond to orders contained in the court's tentative pretrial order (Doc. No. 28) and issued an order to show cause why sanctions should not be imposed. (Doc. No. 29.) The parties were advised that that order could be discharged by complying with the directives contained therein, and granted the parties seven days in which to respond. (*Id.* at 2.) On January 31, 2019, the parties responded, providing the name of an additional witness to be called at trial and submitting a joint statement of the case. (Doc. No. 30.)

/////
/////
/////
/////

1 | Accordingly, the court's order to show cause (Doc. No. 29) is hereby discharged. A final
2 | pretrial order reflecting the parties' additional submissions will issue in due course.

IT IS SO ORDERED.

Dated: **February 1, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE