# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUEDA, et al., | Case No.: 1:17-cv-00968-DAD-JLT |
| Plaintiffs, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| vs. | (Doc. 54) |
| FCA US LLC, | |
| Defendants. | |

The parties report they had come to terms of settlement. (Doc. 54) They indicate they will either agree on an amount for fees and costs or the plaintiff will file a motion for costs. Id. at 2. Thus, the Court **ORDERS**:

1.      The stipulation to dismiss the action or the motion for attorney's fees **SHALL** be filed **no later than March 25, 2019**;

2.      All pending dates, conferences and hearings are **VACATED**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

Dated:   **March 7, 2019**                    **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE